UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SA CV 23-2293 FMO (JDEx) | Date | April 18, 2024 |
|---|---|---|---|
| Title | Ameris Bank, doing business as Balboa Capital Corporation v. Great Lakes Logistics and Transportation LLC, et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Glenn Coffman | None |

**Proceedings:** Ameris Bank's Motion for Default Judgment Against Defendants Great Lakes Logistics and Transportation LLC and Jafar Asary [Dkt. 16]

The court and counsel for plaintiff confer as set forth on the record.

The court notes that no appearance is made on behalf of defendants.

Ameris Bank's Motion for Default Judgment **(Document No. 16)** is taken under submission.

An order with the court's ruling will issue.

IT IS SO ORDERED.

|   | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | vdr |