JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GREAT LAKES LOGISTICS AND TRANSPORTATION LLC, et al.,<br><br>    Defendants. | Case No. SA CV 23-2293 FMO (JDEx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment ("Order"), IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Ameris Bank ("plaintiff") and against defendants Great Lakes Logistics and Transportation, LLC and Jafar Asary (collectively, "defendants").

2. Defendants shall be jointly and severally liable for the total amount of $374,102.91, plus prejudgment interest at a rate of 10% per annum, as set forth in the Order.

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 24th day of June, 2024.

                                                          /s/
                                         Fernando M. Olguin
                                    United States District Judge